```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 00091
    DEBORAH A HOWARD
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-0786


------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 01/03/2005 and was confirmed 02/28/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 10/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
CHRYSLER FINANCIAL SVC A  SECURED             9050.00         588.77        9050.00
CHRYSLER FINANCIAL SVC A  UNSECURED           4169.11            .00         416.91
INTERNAL REVENUE SERVICE  PRIORITY           10031.10            .00       10031.10
ASPIRE                    UNSECURED           1215.43            .00         121.54
BARRINGTON ORTHOPEDIC SP  UNSECURED           1545.00            .00         154.50
LOU HARRIS & CO           NOTICE ONLY       NOT FILED            .00            .00
CITICORP SAVINGS          UNSECURED         NOT FILED            .00            .00
ACADEMY COLLECTION SERVI  NOTICE ONLY       NOT FILED            .00            .00
HOUSEHOLD FINANCE CORPOR  UNSECURED         NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY       NOT FILED            .00            .00
RAI CREDIT CORP           UNSECURED               .00            .00            .00
PROFESSIONAL FEE FINANCI  UNSECURED         NOT FILED            .00            .00
MERCHANT COLLECTIONS      UNSECURED         NOT FILED            .00            .00
SEARS DENTAL              NOTICE ONLY       NOT FILED            .00            .00
ST ALEXIUS MEDICAL CENTE  UNSECURED           2966.52            .00         296.65
COMPUTER CREDIT           NOTICE ONLY       NOT FILED            .00            .00
DEPENDON COLLECTION SVC   NOTICE ONLY       NOT FILED            .00            .00
I C COLLECTION SERVICE    NOTICE ONLY       NOT FILED            .00            .00
PELLETTIERI & ASSOC       NOTICE ONLY       NOT FILED            .00            .00
SUBURBAN LUNG ASSOCIATES  UNSECURED         NOT FILED            .00            .00
VILLAGE OF HINSDALE       UNSECURED         NOT FILED            .00            .00
CHRYSLER FINANCIAL SVC A  NOTICE ONLY       NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           1231.65            .00         123.17
INTERNAL REVENUE SERVICE  UNSECURED            264.29            .00          26.43
ST ALEXIUS MEDICAL CENTE  UNSECURED          12134.67            .00        1213.47
SEARS DENTAL              UNSECURED         NOT FILED            .00            .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY         2,833.00                      2,833.00
TOM VAUGHN                TRUSTEE                                           1,551.55
DEBTOR REFUND             REFUND                                              412.91

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 00091 DEBORAH A HOWARD
```

```
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 26,820.00

PRIORITY                                       10,031.10
SECURED                                         9,050.00
    INTEREST                                      588.77
UNSECURED                                       2,352.67
ADMINISTRATIVE                                  2,833.00
TRUSTEE COMPENSATION                            1,551.55
DEBTOR REFUND                                     412.91
                        ---------------     ---------------
TOTALS                  26,820.00              26,820.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 01/28/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                        PAGE   2
         CASE NO. 05 B 00091 DEBORAH A HOWARD